## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

               Plaintiff,

   v.                                    Civil Action No. 3:15-cv-04438-WHA

JOHN DOE, subscriber assigned IP address
76.102.200.50,

               Defendant.

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 76.102.200.50. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  January 19, 2016

                                    Respectfully submitted,

                                    By:    /s/ *Brenna E. Erlbaum*
                                    Brenna E. Erlbaum
                                    Heit Erlbaum, LLP
                                    501-I South Reino Road, #344
                                    Newbury Park, CA 91320
                                    Phone: 805-231-9798
                                    Email:  brenna.erlbaum@helaw.attorney
                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Brenna E. Erlbaum*
Brenna E. Erlbaum